FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DIETRONE JOHNSON, | ) CASE NO. CV 07-6812-GW (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LYNWOOD SHERIFF DEPUTIES, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   *Feb, 13, 2009*   .

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\JOHNSON, D 6812\Order accep r&r.wpd