FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIETRONE JOHNSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>LYNWOOD SHERIFF DEPUTIES, et al.,<br><br>        Defendants. | Case No. CV 07-6812-GW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _February 13, 2009_.


_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\JOHNSON, D 6812\Judgment.wpd